UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Jasemin Bivins, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number:  1:22-cv-1786 |
| | ) |
| DNF Associates, L.L.C., and | ) |
| Rachel Hope Miller, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### INTRODUCTION

1. Plaintiff brings this action against Defendants to enforce her rights under the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").  The Plaintiff is a consumer and the Defendants are debt collectors.  While acting as debt collectors, Defendants attempted to collect a consumer debt from Plaintiff.  In so doing, Defendants violated the FDCPA.  Plaintiff seeks actual and statutory damages from Defendants, along with an appropriate award of costs, litigation expenses, and attorneys' fees.

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue in this District is proper under 28 U.S.C. § 1391, as Defendant conducts business in this District and the conduct complained of occurred here.

### PARTIES

4. Plaintiff Jasemin Bivins (hereinafter referred to as "Bivins") is a consumer as defined by 15 U.S.C. § 1692a(3) and is a citizen of the State of Indiana, who resides in the

Southern District of Indiana, from whom Defendant attempted to collect a delinquent consumer debt.

5. Defendant DNF Associates, L.L.C. (hereinafter referred to as "DNF") is a Delaware limited liability company. DNF acts as a debt collector as defined by § 1692a of the FDCPA because it regularly collects, or attempts to collect delinquent consumer debts, including delinquent consumer debts in the State of Indiana. In fact, DNF was acting as a debt collector as to the debt it attempted to collect from Bivins.

6. Defendant Rachel Hope Miller (hereinafter referred to as "Miller") is an Indiana attorney who acts as a debt collector as defined by §1692a of the FDCPA because she regularly collects delinquent consumer debts. In fact, Miller was acting as a debt collector as to the delinquent consumer debt she attempted to collect from Bivins.

## FACTUAL ALLEGATIONS

7. Bivins incurred a debt that was primarily for personal, family, or household purposed as defined by §1692a(5).

8. The debt owed by Bivins went into default.

9. After the debt went into default, the debt was placed with or otherwise transferred to DNF for collection.

10. Bivins disputes the debt.

11. On July 15, 2022, DNF, by counsel, Miller, filed a lawsuit with the Howard County Circuit Court under Cause Number 34C01-2207-CC-001588 against Bivins in an attempt to collect the debt.

12. The complaint filed by Miller on behalf of DNF states the amount of debt owed by Bivins is $1,004.09. *See* attached Complaint marked as Exhibit "A".

13. Attached to the complaint filed by Miller on behalf of DNF is an Affidavit of Debt which states the amount of debt owed by Bivins is $616.98. *See* attached Affidavit of Debt marked as Exhibit "B".

14. DNF and Miller's misstatement of the debt is a violation of the FDCPA and is material because they attempted to collect a debt from Bivins by using false or misleading representations of the amount of debt. By doing so, Defendants would make an unsophisticated consumer believe that he or she did not have the rights Congress had granted under the FDCPA. It would also cause an unsophisticated consumer to alter his or her course of action in dealing with the debt in order to avoid further harassment. This violation of the FDCPA is sufficient to show an injury-in-fact.

15. DNF and Miller's collection actions and communications are to be interpreted under the "unsophisticated consumer" standard. *See*, *Gammon v. GC Services, Ltd. Partnership*, 27 F.3d 1254, 1257 (7th Cir. 1994).

## VIOLATION OF § 1692e OF THE FDCPA - FALSE OR MISLEADING REPRESENTATIONS

16. Bivins adopts and realleges Paragraphs 1 – 15.

17. § 1692e of the FDCPA requires that a debt collector not use any false, deceptive, or misleading representation or means in connection with the collection of any debt, including the false representation of the character, amount, or legal status of any debt. *See*, 15 U.S.C. § 1692e(2)(A).

18. DNF and Miller's misstatement of the debt in the Complaint filed on July 15, 2022 and the Affidavit of Debt filed with the Complaint is a violation of § 1692e(2)(a).

19. DNF and Miller's violation of § 1692e of the FDCPA renders them liable for actual and statutory damages, costs, and reasonable attorneys' fees. *See*, 15 U.S.C. § 1692k.

## VIOLATION OF § 1692f OF THE FDCPA - UNFAIR PRACTICES

20. Bivins adopts and realleges Paragraphs 1 – 19.

21. § 1692f of the FDCPA prohibits debt collectors from using unfair or unconscionable means to collect or attempt to collect any debt.

22. By misstating the amount of the debt owed, DNF and Miller violated § 1692f of the FDCPA.

23. DNF and Miller's violation of §1692f of the FDCPA renders them liable for actual and statutory damages, costs, and reasonable attorneys' fees.  *See*, 15 U.S.C. § 1692k.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Jasemin Bivins respectfully requests that the Court find that the Defendants, DNF Associates, L.L.C. and Rachel Hope Miller, violated the FDCPA and enter judgment against Defendants for actual damages, statutory damages, costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k and all other just and proper relief.

Respectfully submitted,

/s/ Thomas G. Bradburn
Thomas G. Bradburn

## DEMAND FOR JURY TRIAL

Plaintiff respectfully requests trial by jury.

Respectfully submitted,

/s/ Thomas G. Bradburn
Thomas G. Bradburn

Thomas G. Bradburn, #15377-49
Bradburn Law Firm
PO Box 1386
Noblesville, Indiana 46061
Telephone (317) 475-0826
Fax (317) 475-0825
Email: tbradburn@bradburnlaw.com