UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JASEMIN BIVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01786-TAB-JMS |
| | ) | |
| DNF ASSOCIATES L.L.C., | ) | |
| RACHEL HOPE MILLER, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

The Court, having found in favor of Defendants DNF Associates LLC and Rachel Hope Miller, and against Plaintiff Jasemin Bivins, enters judgment in favor of Defendants and against Plaintiff. Accordingly, Plaintiff shall take nothing by way of Plaintiff's complaint.

Date: 4/28/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Denise M Brown_
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email